1
2
3
4
5
6
7
8

# United States District Court
# Central District of California

| | |
|---|---|
| THREE POINT CAPITAL LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>MARK HULME; DOES 1–10, inclusive,<br><br>              Defendants. | Case № 2:14-cv-06133-ODW(SSx) |
| THREE POINT CAPITAL LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>THE JOBS FILM, LLC; THE FIVE STAR INSTITUTE, LLC; DOES 1–10, inclusive,<br><br>              Defendants. | Case № 2:14-cv-06137-ODW(SSx) -*<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

   In lieu of filing Joint Rule 26(f) Reports in these related cases, the parties have informed the Court that they have reached a settlement.  Accordingly, the Court **VACATES** the Scheduling Conference set for November 17, 2014 in both cases. Instead, the parties are **ORDERED TO SHOW CAUSE**, in writing, **no later than Wednesday, November 26, 2014**, why settlement has not been finalized.  This Order

will be discharged upon the filing of stipulations to dismiss in both actions. No hearing will be held.

**IT IS SO ORDERED.**

November 12, 2014

                                  _____
                                       **OTIS D. WRIGHT, II**
                                **UNITED STATES DISTRICT JUDGE**